IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 07-50038-001          USA v. WILLIAM ARREDONDO

COURT PERSONNEL:                   APPEARANCES:

Judge: JIMM LARRY HENDREN          Govt. CHRIS PLUMLEE

Clerk: GAIL GARNER                 Deft. JACK SCHISLER

Reporter: THERESA SAWYER

### SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for downward departure - granted and one level departure awarded.
- (X) Court expresses final approval of plea agreement.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    105 months imprisonment; 3 years supervised release; $7,500.00 fine - interest waived.

Criminal No. 07-50038-001

- (X)  Defendant ordered to comply with standard conditions of supervised release.

- (X)  Defendant ordered to comply with following special conditions of supervised release:

    Submit to inpatient/outpatient alcohol/substance abuse testing/treatment at direction of USPO.

    Submit person, residence, vehicle and place of employment to search upon request of USPO.

- (X)  Defendant ordered to pay total special assessment of $100.00, for count 3, which shall be due immediately.
- (X)  Counts 1, 2, and 4 are dismissed on motion by the government
- (X)  Defendant advised of right to appeal sentence imposed.
- (X)  Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X)  Appeal packet provided.
- (X)  Defendant remanded to custody of U.S. Marshal.


DATE: APRIL 3, 2008                               Proceeding began: 9:31 AM

                                                             ended: 11:14 AM