IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                               No. 07-50038-001

WILLIAM OTIS ARREDONDO                                            DEFENDANT

## O R D E R

On this 13th day of May, 2014, there comes on for consideration the Report and Recommendation (Doc. 34) filed in this case on March 10, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's pro se "Motion Pursuant to the Federal Rules of Criminal Procedure Rule 36" (Doc. 33) is **DENIED**.

IT IS SO ORDERED.

/s/ Timothy L. Brooks
Timothy L. Brooks
United States District Judge